1  DANIEL H. SLATE, State Bar No. 78173
   BRIAN C. COOLIDGE, State Bar No. 215434
2  HUGHES HUBBARD & REED LLP
   350 South Grand Avenue, 36th Floor
3  Los Angeles, California 90071-3442
   Telephone: (213) 613-2800
4  Telecopier: (213) 613-2950
   Email: slate@hugheshubbard.com
5
   DAVID M. BLUHM, State Bar No. 104233
6  Attorney At Law
   4289 Piedmont Avenue, #207
7  Oakland, California 94611-4757
   Telephone: (510) 420-0456
8  Telecopier: (510) 420-0499
   Email: david@bluhmlaw.com
9
   Attorneys for Defendant Publishers Group West Incorporated
10

11
                IN THE UNITED STATES DISTRICT COURT
12
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                      SAN FRANCISCO DIVISION
14

15 | APPLICA CONSUMER PRODUCTS, | No. C-05-03569 MMC (MED)
16 | INC., a Florida corporation, |
                                 | **JOINT STIPULATION AND**
17 | Plaintiff, | **[PROPOSED] ORDER TO EXTEND**
                                 | **NON-EXPERT DISCOVERY CUT-OFF**
18 | v. | **DATE**
19 | PUBLISHERS GROUP WEST | Current Non-Expert Discovery Cut-Off:
20 | INCORPORATED, a California corporation, | April 28, 2006
21 | Defendant. | Proposed Non-Expert Discovery Cut-Off:
                                 | May 5, 2006
22
23

24       TO THE HONORABLE MAXINE M. CHESNEY, UNITED STATES DISTRICT
25  COURT JUDGE:
26       It is hereby stipulated between Plaintiff Applica Consumer Products, Inc. ("Plaintiff")
27  and Defendant Publishers Group West Incorporated ("Defendant") that:
28

-1-
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUT-OFF DATE
LA 578784_1.DOC

1.  1.  The non-expert discovery cut-off date in this matter is currently set for April 28, 2006.

2.  2.  The parties request an extension of the non-expert discovery cut-off date to May 5, 2006. The parties further request that any motions to compel discovery may be heard after the non-expert discovery cut-off date, but must be filed and served within ten days after the cut-off date.

3.  3.  Good cause exists for this extension. The parties have been engaged in good faith settlement discussions but wish to have additional time to conduct further settlement discussions. Additionally, due to the press of business and the schedules of the parties' respective counsel, the parties need additional time to complete written discovery and conduct depositions if the parties cannot reach a settlement of this matter. No prior extensions have been sought or agreed upon to date, and the parties do not foresee any prejudice that would result from the proposed one-week extension of the non-expert discovery cut-off date.

///

///

///

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUT-OFF DATE
LA 578784_1.DOC

1    NOW, THEREFORE, in consideration of the above-referenced facts,

2    IT IS HEREBY STIPULATED AND AGREED that the non-expert discovery cut-off

3    date be extended from April 28, 2006 to May 5, 2006.

4    IT IS FURTHER STIPULATED AND AGREED that any motions to compel discovery

5    may be heard after the new cut-off date, but must be filed and served within ten days after the

6    new non-expert discovery cut-off date.

8    DATED: March ___, 2006                GREENBERT TRAURIG, LLP

11                                          By:_____
                                                   William J. Goines
12                                                 Attorneys for Plaintiff

14    DATED: March 22, 2006                HUGHES HUBBARD & REED LLP

15                                                      -and-

16                                               DAVID M. BLUHM

19                                          By:_____
                                                   Daniel H. Slate
20                                                 Attorneys for Defendant

22    PURSUANT TO STIPULATION, IT IS SO ORDERED.

24    DATED: March ___, 2006                _____
                                             The Honorable Maxine M. Chesney
25                                           United States District Court Judge

-3-

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUT-OFF DATE
LA 578784_1.DOC

1  NOW, THEREFORE, in consideration of the above-referenced facts,

2  IT IS HEREBY STIPULATED AND AGREED that the non-expert discovery cut-off

3  date be extended from April 28, 2006 to May 5, 2006.

4  IT IS FURTHER STIPULATED AND AGREED that any motions to compel discovery

5  may be heard after the new cut-off date, but must be filed and served within ten days after the

6  new non-expert discovery cut-off date.

7

8  DATED: March 22, 2006            GREENBERT TRAURIG, LLP

9

10

11                                    By: _____
                                          William J. Goines
12                                        Attorneys for Plaintiff

13

14  DATED: March ___, 2006          HUGHES HUBBARD & REED LLP

15
                                    -and-
16
                                    DAVID M. BLUHM
17

18

19                                  By: _____
                                        Daniel H. Slate
20                                      Attorneys for Defendant

21

22
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
23

24  DATED: March 22, 2006           _____
                                    The Honorable Maxine M. Chesney
25                                  United States District Court Judge

26

27

28

-3-
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUT-OFF DATE
LA 578784_1