| | |
|---|---|
| 1 | GREENBERG TRAURIG, LLP |
|   | WILLIAM J. GOINES (SBN 61290) |
| 2 | KAREN ROSENTHAL (SBN 209419) |
|   | CINDY HAMILTON (SBN 217951) |
| 3 | 1900 UNIVERSITY AVENUE, 5TH FLOOR |
|   | EAST PALO ALTO, CALIFORNIA 94303 |
| 4 | Telephone: (650) 328-8500 |
|   | Facsimile: (650) 328-8508 |
| 5 | Email:    goinesw@gtlaw.com |
|   |               rosenthalk@gtlaw.com |
| 6 |               hamiltonc@gtlaw.com |
| 7 | Attorneys for Plaintiff APPLICA |
|   | CONSUMER PRODUCTS, INC. |
| 8 | |
| 9 | HUGHES HUBBARD & REED LLP |
|   | DANIEL H. SLATE (SBN 78173) |
| 10 | BRIAN C. COOLIDGE (SBN 215434) |
|    | 350 SOUTH GRAND AVENUE, 36TH FLOOR |
| 11 | LOS ANGELES, CA 90071 |
|    | Telephone: (213) 613-2800 |
| 12 | Facsimile: (213) 613-2950 |
|    | Email: slate@hugheshubbard.com |
| 13 |            coolidge@hugheshubbard.com |
| 14 | Attorneys for Defendant PUBLISHERS |
|    | GROUP WEST INCORPORATED |
| 15 | Other Counsel Appear on Signature Page |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| APPLICA CONSUMER PRODUCTS, INC., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PUBLISHERS GROUP WEST INCORPORATED,<br><br>Defendant. | CASE NO. C 05-03569 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER STATUS CONFERENCE**<br><br>Date: July 21, 2006<br>Time: 10:30 a.m.<br>Ctrm: 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

SV 346064920v1 7/20/2006

1

STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between counsel for plaintiff Applica Consumer Products, Inc. ("Applica") and counsel for defendant Publishers Group West Incorporated ("PGW"), that the Further Status Conference in the above matter currently scheduled for July 21, 2006 shall be continued to August 21, 2006.

Counsel request this continuance because the parties are currently discussing settlement of this action and are very close to achieving an agreement to resolve this action. A continuance will allow the parties time to finalize and document an agreement without unnecessarily taking up the time of the Court and parties for a Further Status Conference.

Dated this 20th day of July, 2006.

| GREENBERG TRAURIG, LLP | HUGHES HUBBARD & REED LLP |
|---|---|
| By: /s/ Karen Rosenthal<br>     Karen Rosenthal | By: /s/ Brian C. Coolidge<br>     Brian C. Coolidge |
| PAUL R. GLASSMAN (SBN 76536)<br>ADAM M. STARR (SBN 222440)<br>GREENBERG TRAURIG, LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, California 90404<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br>Email: glassmanp@gtlaw.com<br><br>ATTORNEYS FOR PLAINTIFF<br>APPLICA CONSUMER PRODUCTS, INC. | DAVID M. BLUHM, (SBN 104233)<br>Attorney At Law<br>4289 Piedmont Avenue, #207<br>Oakland, California 94611-4757<br>Telephone: (510) 420-0456<br>Telecopier: (510) 420-0499<br>Email: david@bluhmlaw.com<br><br>ATTORNEYS FOR DEFENDANT<br>PUBLISHERS GROUP<br>WEST INCORPORATED |

**ORDER**

IT IS ORDERED THAT the July 21, 2006 Further Status Conference be continued to ~~August 21~~, August 25, 2006 at 10:30 a.m. in Courtroom 7. A joint case management statement shall be filed no later than August 18, 2006

Dated: ____July 21____, 2006.

/s/ Maxine M. Chesney
Hon. Maxine M. Chesney