1 | DANIEL H. SLATE, State Bar No. 78173
2 | BRIAN C. COOLIDGE, State Bar No. 215434
  | HUGHES HUBBARD & REED LLP
3 | 350 South Grand Avenue, 36th Floor
  | Los Angeles, California 90071-3442
4 | Telephone: (213) 613-2800
  | Telecopier: (213) 613-2950
5 | Email: slate@hugheshubbard.com
  | Email: coolidge@hugheshubbard.com

6
7 | DAVID M. BLUHM, State Bar No. 104233
  | Attorney At Law
8 | 4289 Piedmont Avenue, #207
  | Oakland, California 94611-4757
9 | Telephone: (510) 420-0456
  | Telecopier: (510) 420-0499
10 | Email: david@bluhmlaw.com

Attorneys for Defendant Publishers Group West Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| APPLICA CONSUMER PRODUCTS, INC., a Florida corporation, | No. C05-03569 MMC |
|---|---|
| Plaintiff, | Hon. Maxine M. Chesney, Dept. 7 |
| v. | [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |
| PUBLISHERS GROUP WEST INCORPORATED, a California corporation, | |
| Defendant. | |

Based on the Stipulation For Dismissal Of Action With Prejudice by and between Plaintiff APPLICA CONSUMER PRODUCTS, INC. and Defendant PUBLISHERS GROUP WEST INCORPORATED, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. This action is dismissed with prejudice; and

2. All parties are to bear their own costs and attorneys' fees.

Dated: August 2, 2006

_____
The Honorable Maxine M. Chesney
United States District Judge